## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHUZHEN ZHONG,<br><br>         Plaintiff,<br>   v.<br><br>UNITED STATES,<br><br>         Defendant. | Court No. 22-00041 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Jane A. Restani.

                                    /s/ Mark A. Barnett
                                    Mark A. Barnett
                                    Chief Judge

DATED: February 17, 2022